IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED SEP 23 2013

| | | |
|---|---|---|
| YERODEEN WILLIAMS, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 13-3660 |
| | : | |
| JEROME WALSH, et al. | : | |
| Respondents | : | |

## ORDER

AND NOW, this 23rd day of September, 2013, upon careful and independent consideration of the petition for writ of *habeas corpus*, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, there being no objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for writ of *habeas corpus* shall remain in suspense until the conclusion of the state appellate proceedings.

3. Petitioner and Respondents shall notify the court within thirty days of the conclusion of the state proceedings so the *habeas* petition may proceed in this court.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

ENTERED
SEP 24 2013
CLERK OF COURT